```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

ROBERT COHEN, individually, and
ACCESS FOR THE DISABLED, INC.,

     Plaintiffs,
v.                            Case No. 8:11-cv-1087-T-33TBM

I'M BACK, INC. d/b/a 8 BALL
LOUNGE and ALIK BATSIAN,

     Defendants.
_____/

## ORDER

This matter is before the Court pursuant to the parties' Joint Motion for Approval and Entry of Consent Decree (Doc. # 8), which was filed on June 24, 2011.

Upon due consideration of the record, this Court approves all aspects of the parties' Consent Decree.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED**:

(1) The parties' Consent Decree (Doc. # 8) is **APPROVED** and **ENTERED**. The Court will retain jurisdiction over this matter.

(2) The Clerk is directed to **CLOSE THIS CASE.**

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of June 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record